```
                                              FILED

                                         09 DEC 29 PM 2:06

                                         CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                         BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 92CR0551-B |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER AND JUDGMENT TO DISMISS |
| ) | INDICTMENT AND WITHDRAWAL OF |
| MAURICIO GONZALEZ (5), ) | ARREST WARRANTS |
| EDUARDO CARDONA (7), ) | |
| aka "Pepe," aka "el fruco," ) | |
| ) | |
| Defendants. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is dismissed without prejudice and arrest warrants withdrawn.

DATED: 12-28-09

_____
HON. RUDI M. BREWSTER
UNITED STATES DISTRICT JUDGE